I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL POSTAGE PREPAID, TO ALL COUNSEL
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 8-11-08

DEPUTY CLERK



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| TYRIN J. WORMLEY,<br><br>    Petitioner,<br><br>v.<br><br>STATE OF CALIFORNIA,<br><br>    Respondent. | Case No. EDCV 08-1066-SVW (MLG)<br><br>MEMORANDUM AND ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS WITH LEAVE TO AMEND |

    Petitioner, a California state prisoner, filed this petition for writ of habeas corpus on July 21, 2008 in the United States District Court for the Eastern District of California. It was transferred to this district on August 6, 2008. Petitioner did not complete the approved petition form, resulting in the following deficiencies:

- There is no clear statement of what conviction or sentence petitioner challenges, if any. The petition is not coherent, and makes outlandish and delusional claims;
- There is no information regarding the state appellate history of petitioner's case and no indication of whether or not he has exhausted available state remedies regarding his claim(s);

//

- The petition form does not clearly set forth the facts supporting petitioner's claim(s); and
- The petition names an improper Respondent.

Based on the above-noted deficiencies, the petition is DISMISSED with leave to amend. Petitioner may file a "First Amended Petition" not later than 30 days from the date of this order. To that end, the Clerk is instructed to send to petitioner with this order a copy of the latest version of form Civ 69 - Petition for Writ of Habeas Corpus by a Person in State Custody, pen-changed to reflect "First Amended" Petition. Petitioner is advised that no attachments may accompany the First Amended Petition except for a SINGLE page inserted behind page 6 of the form, if required. **Petitioner is further advised that if he fails to file a First Amended Petition in accordance with the requirements of this order, the action will be subject to dismissal without further notice.**

Dated: August 8, 2008

_____
Marc L. Goldman
United States Magistrate Judge